IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

VERONICA BRAYMAN,

    Plaintiff,                               CASE NO.: 1:20-cv-01524

vs.

CAPITAL ONE BANK (USA) N.A.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Veronica Brayman, by and through her undersigned counsel, hereby notifies the Court that the parties have reached a settlement in this action. Upon full execution of the settlement agreement and compliance with all terms set forth therein, this matter will be dismissed with prejudice.

                                                              Respectfully submitted,

**HYATT BROWNING SHIRKEY LAW FIRM, PLC**
3048 Brambleton Ave S.W.
Roanoke, VA 24015
Tel: 540-324-9288
Fax: 540-986-2199
Email: hyatt@hbsesqfirm.com

By:    /s/ Hyatt Shirkey_____
        Hyatt Browning Shirkey
        Virginia Bar No. 80926


*PRO HAC VICE COUNSEL*

**THE SCHWARTZ LAW FIRM, P.A.**

         1646 W. Snow Ave., Suite 46  
         Tampa, FL 33606  
         Tel: (813) 537-3600  
         Email: mschwartz@tslfirm.com

         By: /s/ Matthew L. Schwartz  
             Matthew L. Schwartz  
             Fla. Bar. No. 15713

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or mail.

         /s/ Matthew L. Schwartz  
         Matthew L. Schwartz  
         Fla. Bar. No. 15713

         /s/ Hyatt Shirkey  
         Hyatt Browning Shirkey  
         Virginia Bar No. 80926