UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

VERONICA BRAYMAN,

    Plaintiff,

v.                                  Civil Action No. 1:20-cv-01524

CAPITAL ONE BANK (USA), N.A.,

    Defendants.

## STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff, Veronica Brayman, by counsel, together with Capital One Bank (USA), N.A., by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby STIPULATE to dismissal of the action with prejudice. The court shall retain jurisdiction for purposes of enforcement of the settlement pursuant to *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994).

It is so STIPULATED.

                                      Respectfully submitted,

                                      By: /s/ Hyatt Browning Shirkey
                                      Hyatt Browning Shirkey
                                      Virginia Bar No. 80926
                                      HYATT BROWNING SHIRKEY LAW FIRM
                                      3048 Brambleton Ave S.W.
                                      Roanoke, VA 24015
                                      T: 540-324-9288
                                      F: 540-986-2199
                                      E-mail: hyatt@hbseqfirm.com
                                      *Counsel for Plaintiff*

So Ordered

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge
6/17/21

1